PS 42
(Rev 07/93)

## United States District Court
### Eastern District of Washington

United States of America )
)
vs )
)
Joseph Emery Malo, III )

Case No. 2:19CR00104-WFN-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 24, 2019**

SEAN F. MCAVOY, CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joseph Emery Malo, III, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall be restricted to his residence everyday from 8 p.m. to 7 a.m.   See below.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-20-19          _____  9-20-19
Signature of Defendant           Date           Pretrial Services/Probation Officer    Date

Joseph Emery Malo, III                          Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____           9-23-19
Signature of Defense Counsel         Date

Matthew A. Campbell

[ ]   The above modification of conditions of release is ordered, to be effective on _____.

[ ]   The above modification of conditions of release is <u>not</u> ordered.


_____           _____
Signature of Judicial Officer          Date

John T. Rodgers


The Defendant shall be restricted to his residence from 8pm to 7am unless pre-approved by the Pretrial Services/Probation Office.  This modification is effective 9/24/2019.



Mary K. Dimke, U.S. Magistrate Judge, EDWA          9/24/2019