PROB 12C
(6/16)

Report Date: November 4, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Joseph Emery Malo, III            Case Number: 0980 2:19CR00104-WFN-1

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2020

Original Offense:      Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:     Probation - 60 Months          Type of Supervision: Probation

Asst. U.S. Attorney:   Ann Wick                       Date Supervision Commenced: January 22, 2020

Defense Attorney:      Matthew A. Campbell            Date Supervision Expires: January 21, 2025

## PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated mandatory condition number 3 on or about October 5, 2021, by ingesting methamphetamine, based on laboratory testing, and then again ingesting the substance on or about both October 26 and 29, 2021, based on the client's admission of such use.

On January 24, 2020, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was to refrain from any unlawful use of a controlled substance.

Specifically, on October 5, 2021, Mr. Malo reported to Pioneer Human Services in Spokane, Washington, to submit to random urinalysis testing as required. Mr. Malo subsequently provided a urinalysis sample that reflected presumptive positive for methamphetamine. On October 6, 2021, a drug use admission form was received from the provider in which the client checked the box denying use of a prohibited controlled substance as indicated by the test. On October 7, 2021, Mr. Malo was contacted by the undersigned officer telephonically at which time he adamantly denied any unlawful use of a controlled substance.

Prob12C  
Re: Malo, Joseph Emery  
November 4, 2021  
Page 2

On October 24, 2021, the lab results were reported to the U.S. Probation Office which confirmed the urinalysis sample as submitted by the client October 5, 2021, as positive for methamphetamine.

On November 2, 2021, Mr. Malo was again contacted telephonically by the undersigned officer at which time he continued to refute the results, indicating he did not use during the time frame. Mr. Malo initially denied any degree of relapse, but did later contact this officer telephonically and admitted to previously ingesting methamphetamine on both October 26 and 29, 2021, due to incurred stress.

2    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated special condition number 6 on October 25, 2021, by "stalling" during urinalysis testing with the contract provider on the day in which his assigned urinalysis color was called.

On January 24, 2020, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was required to submit to urinalysis testing when directed or on the day his assigned urinalysis color was called, if he was assigned to the random urinalysis color line.

Specifically, on October 26, 2021, the U.S. Probation Office in Spokane received notification that the client had "stalled" during testing on October 25, 2021. The undersigned officer additionally received a text message from the client on October 26, 2021, advising he was about to "freak out" as he had not been feeling well and yesterday had been his designated day to submit to urinalysis testing.

On November 2, 2021, Mr. Malo contacted the undersigned officer by phone and admitted to having previously ingested methamphetamine on both October 26 and 29, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 4, 2021

s/Chris Heinen

Chris Heinen  
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/5/2021

Date