PROB 12C
(6/16)

Report Date: June 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Emery Malo, III    Case Number: 0980 2:19CR00104-WFN-1

Address of Offender: ████████████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(December 14, 2021) | Prison - 2 Months;<br>TSR - 34 Months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: December 29, 2021 | |
| Defense Attorney: | Christina Wong | Date Supervision Expires: October 28, 2024 | |

### PETITIONING THE COURT

**To issue a SUMMONS.**

On December 29, 2021, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was to refrain from any unlawful use of a controlled substance.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated mandatory condition 3 by ingesting methamphetamine on or about May 20, 2022, based on urinalysis testing.<br><br>Specifically, on May 20, 2022, Mr. Malo reported to Pioneer Human Services in Spokane, to submit to random urinalysis testing after his previously assigned color was called. Mr. Malo subsequently submitted a urinalysis sample that reflected as presumptive positive for amphetamine and methamphetamine. On May 23, 2022, a drug use denial form was received from the provider in which the client had signed his name, denying any use of a prohibited controlled substance as indicated by the urinalysis test. The sample was forwarded to the contract lab for verification. |

Prob12C
Re: Malo III, Joseph Emery
June 3, 2022
Page 2

On May 31, 2022, the lab report was received by the undersigned officer, in which the report confirmed the presence of both amphetamine and methamphetamine as present in the urinalysis sample submitted by the client on May 20, 2022.

On June 1, 2022, Mr. Malo was contacted telephonically at which time he adamantly denied any use of illicit substances. Mr. Malo was reminded about the importance of honesty and transparency, at which time he again reaffirmed his innocence, indicating he was unsure how the substance could have entered his system. Mr. Malo indicated that he continues to refrain from contact with negative influences and continues to use cognitive-based intervention skills as instructed by the undersigned officer.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 3, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/3/2022
Date