PROB 12C
(6/16)

Report Date: June 17, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Emery Malo, III         Case Number: 0980 2:19CR00104-WFN-1

Address of Offender:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2020

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Probation - 60 Months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(December 14, 2021) | Prison - 2 Months;<br>TSR - 34 Months |
| Asst. U.S. Attorney: | Ann Wick |
| | Date Supervision Commenced: December 29, 2021 |
| Defense Attorney: | Christina Wong |
| | Date Supervision Expires: October 28, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/03/2022.

On December 29, 2021, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was to refrain from any unlawful use of a controlled substance.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated mandatory condition 3 by ingesting methamphetamine on or about May 31, 2022, based on urinalysis testing.<br><br>Specifically, on May 31, 2022, Mr. Malo reported to Pioneer Human Services in Spokane, to submit to random urinalysis testing after his previously assigned color was called. Mr. Malo subsequently submitted a urinalysis sample that reflected as presumptive positive for amphetamine and methamphetamine. On June 1, 2022, a drug use denial form was received from the provider in which the client had signed his name, denying any use of a prohibited |

Prob12C
Re: Malo, Joseph Emery
June 17, 2022
Page 2

controlled substance as indicated by the urinalysis test. The sample was forwarded to the contract lab for verification.

On June 15, 2022, the lab report was received by the undersigned officer and the report confirmed the presence of both amphetamine and methamphetamine as present in the urinalysis sample submitted by the client on May 31, 2022.

On June 16, 2022, Mr. Malo was contacted telephonically at which time he adamantly denied any use of illicit substances, consistent with his denial as previously reported to the Court in the petition dated June 3, 2022.

It should be noted that as of the date of this report, Mr. Malo has additionally submitted presumptive positive urinalysis samples for methamphetamine with the contract provider in Spokane, on both June 7 and 13, 2022, and with the undersigned officer on June 9, 2022. Mr. Malo continues to deny any use of methamphetamine as indicated by the tests. These tests have since been forwarded to the laboratory for confirmation, but as of the date of this report these results have not been received by the undersigned officer. As a result, this conduct is not currently being alleged as a new violation at this time.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 17, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/17/2022
Date