PROB 12C
(6/16)

Report Date: June 24, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Emery Malo, III | Case Number: 0980 2:19CR00104-WFN-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: January 22, 2020 | |
| Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: Probation - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (December 14, 2021) | Prison - 2 Months; TSR - 34 Months |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: December 29, 2021 |
| Defense Attorney: Christina Wong | Date Supervision Expires: October 28, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/03/2022, 06/17/2022 and 06/23/2022.

On December 29, 2021, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was to refrain from any unlawful use of a controlled substance.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**:  Mr. Joseph Malo is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about June 13, 2022, based on urinalysis testing. |
| | Specifically, on June 13, 2022, Mr. Malo reported to the contract provider in Spokane for random urinalysis testing following his assigned color being called by the provider. Mr. Malo subsequently submitted a presumptive positive urinalysis sample for both amphetamine and methamphetamine. On June 14, 2022, a drug use denial form was received from the provider in which the client signed his name and checked the box denying any use of illicit substances |

Prob12C
**Re: Malo III, Joseph Emery**
**June 24, 2022**
**Page 2**

as indicated by the test.

On June 24, 2022, the lab report specific to the client's submitted urinalysis test on June 13, 2022, was received by the undersigned officer in which the sample was confirmed to be positive for both amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2022

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/24/2022
Date