PROB 12C
(6/16)

Report Date: June 29, 2022

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Emery Malo, III | Case Number: 0980 2:19CR00104-WFN-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(December 14, 2021) | Prison - 2 Months;<br>TSR - 34 Months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | December 29, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: | October 28, 2024 |

### PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/03/2022, 06/17/2022, 06/23/2022, and 06/24/2022.

On December 29, 2021, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Malo was advised that he was to refrain from any unlawful use of a controlled substance.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Malo is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about June 23, 2022, based on the client's admission of such use.<br><br>Specifically, on June 24, 2022, Mr. Malo presented before The Honorable Judge James A. Goeke, U.S. Magistrate Judge for the Eastern District of Washington, for the purpose of an initial appearance after a warrant had been issued for his arrest in regard to a total of four separate petitions alleging the client's ongoing use of methamphetamine, and perhaps of |

Prob12C
Re: Malo III, Joseph Emery
June 29, 2022
Page 2

most concern, his adamant denial that he had at any time ingested any form of the substance to any degree. During the hearing, Mr. Malo finally admitted through counsel that he was in need of additional treatment services given his recent history. Mr. Malo committed to obtaining an inpatient assessment and indicated that he absolutely could cease his use of the substance. Mr. Malo was questioned about the last time he had ingested methamphetamine, not to be used against him as evidence, but so a clean urinalysis sample could be collected to ensure that he had in fact ceased his use of methamphetamine. Mr. Malo was informed as to the importance of being honest in his response, which he stated his understanding. Mr. Malo disclosed that he used methamphetamine most recently occurring 3 days prior, on or about Tuesday, June 21, 2022. Mr. Malo was directed to report back on Monday, June 27, 2022, and was advised any ongoing noncompliance discovered at that time would present as a significant concern. Mr. Malo was advised that his recent use of methamphetamine as admitted would be out of his system by that time and he agreed. Mr. Malo was ultimately released on the day in question pending revocation, with the added conditions of increased urinalysis testing and reporting requirements.

On Monday, June 27, 2022, Mr. Malo reported to the U.S. Probation Office in Spokane, and submitted a urinalysis sample that tested presumptive positive for methamphetamine. Mr. Malo provided the date of his last use to the testing officer as Thursday, June 23, 2022.

On Tuesday, June 28, 2022, Mr. Malo was contacted telephonically by the undesigned officer at which time he admitted he had previously accidentally provided the undersigned officer with the wrong date of his last use following Court due to the amount of stress he was under, reaffirming that he last used on Thursday, June 23, 2022.

| 6 | **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer. |

**Supporting Evidence**: Mr. Malo is alleged to have violated standard condition number 4 by being dishonest with the undersigned officer when questioned about his most recent pattern of methamphetamine use, previously occurring on June 24, 2022.

Specifically, on June 24, 2022, Mr. Malo presented before The Honorable Judge James A. Goeke, U.S. Magistrate Judge for the Eastern District of Washington, for the purpose of initial appearance after a warrant had been issued for his arrest in regard to a total of four separate petitions alleging the client's ongoing use of methamphetamine, and perhaps of most concern, his adamant denial that he had at any time ingested any form of the substance to any degree. During the hearing, Mr. Malo finally admitted through counsel that he was in need of additional treatment services given his recent history. Mr. Malo committed to obtaining an inpatient assessment and indicated that he absolutely could cease his use of the substance. Mr. Malo was questioned about the last time he had ingested methamphetamine, not to be used against him as evidence, but so a clean urinalysis sample could be collected to ensure that he had in fact ceased his use of methamphetamine. Mr. Malo was informed about the importance that he be honest in his response, which he stated his understanding. Mr. Malo disclosed he used methamphetamine most recently occurring 3 days prior, on or about Tuesday, June 21, 2022. Mr. Malo was directed to report back on Monday, June 27, 2022, and was advised that any ongoing noncompliance discovered at that time would present as a significant concern. Mr. Malo was advised that his recent use of methamphetamine as admitted would be out of his system by that time and he agreed. Mr.

Prob12C
Re: Malo III, Joseph Emery
June 29, 2022
Page 3

Malo was ultimately released on the day in question pending revocation, with added conditions to include increased urinalysis testing and reporting requirements.

On Monday, June 27, 2022, Mr. Malo reported to the U.S. Probation Office in Spokane, and submitted a urinalysis sample that tested presumptive positive for methamphetamine. Mr. Malo provided the date of his last use to the testing officer as Thursday, June 23, 2022.

On Tuesday, June 28, 2022, Mr. Malo was contacted telephonically by the undesigned officer at which time he admitted he had previously accidentally provided the undersigned officer with the wrong date of his last use following Court due to the amount of stress he was under, reaffirming that he last used on Thursday, June 23, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/29/2022
Date