PROB 12C
(6/16)

Report Date: July 27, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Emery Malo, III    Case Number: 0980 2:19CR00104-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 22, 2020

Original Offense:    Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:    Probation - 60 Months    Type of Supervision: Supervised Release

Revocation Sentence:    Prison - 2 Months;
(December 14, 2021)    TSR - 34 Months

Asst. U.S. Attorney:    Ann Wick    Date Supervision Commenced: December 29, 2021

Defense Attorney:    Christina Wong    Date Supervision Expires: October 28, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/03/2022, 06/17/2022, 06/23/2022, 06/24/2022, and 6/29/2022.

On December 29, 2021, Mr. Malo signed his conditions relative to case number 2:19CR00104-WFN-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated mandatory condition number 1 on or about July 12, 2022, with charges now being requested by the Spokane Police Department for Fail to Register as Sex or Kidnaping Offender, in violation of R.C.W. 9A.44.132, a Class C felony.<br><br>Specifically, on July 21, 2022, police reports, to include the statement of the investigating officer and affidavit of facts, were received by the U.S. Probation Office in Spokane, which sought to allege recent criminal conduct in regard to Mr. Malo. The reports note that on July 13, 2022, a federal agent with the U.S. Department of Justice attempted to contact Mr. Malo at his then assigned residence as a result of a federal warrant that had been issued for his arrest. The agent was subsequently advised by the house manager that Mr. Malo no longer |

Prob12C
Re: Malo III, Joseph Emery
July 27, 2022
Page 2

resided at the address and he had in fact evicted him the day prior, July 12, 2022. Further investigation by the investigating detective revealed Mr. Malo had not updated his registration with the agency since March 7, 2022, when he registered the address where he had been determined to not be residing.

The report further documents Mr. Malo's responsibilities under the law and concludes that probable causes exists at this time to charge Mr. Malo with failure to register as a sex offender.

8  **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Joseph Malo is alleged to have violated standard condition number 5 by moving from his previously established residence in Spokane, on or about July 13, 2022, without advising the U.S. Probation Office as required, and by failing to advise the U.S. Probation Office of his current residency.

Specifically, on July 13, 2022, at approximately 10:36 a.m., the undersigned officer received a call from a deputy with the U.S. Marshals Service who had been assigned the client's case for the purpose of locating him specific to his previously issued federal warrant. During the call, the deputy advised that he had attempted to contact the client at his assigned address of record, but was advised by the housing manager that the client no longer lived at the address.

On July 13, 2022, at approximately 12:18 p.m., the undersigned officer was able to further discuss this case with the client's housing manager who advised that the client had not been in or out of the house within the last week and the last time he knew the client was at the residence was approximately 9 days prior. The contact was unsure about the client's current whereabouts.

Mr. Malo at no time advised the U.S. Probation Office of his intent to change his address of record and has not updated the office as to current residency. As a result, Mr. Malo's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 27, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Malo III, Joseph Emery**
**July 27, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_7/27/2022_____
Date